IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| BC CONCRETE of CUMBERLAND, INC., | * | Case No. 21-15377 |
| | * | (Chapter 7) |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF ENTRY OF APPEARANCE AND
### REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002(g)(1)

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

Please enter the appearances of Diane C. Bristow, Nathan D. Adler, and Brian M. Boyle of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. as counsel to **HOLCIM (US) INC. d/b/a LAFARGEHOLCIM US**, a creditor in the above captioned case, pursuant to Bankruptcy Rule 2002(g)(1). Counsel further requests that all notices given or required to be given and all papers served or required to be served in this proceeding be served upon its counsel set forth below:

| | |
|---|---|
| DIANE C. BRISTOW | NATHAN D. ADLER |
| Federal Bar No.: 476925 | Federal Bar No.: 22645 |
| Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. | Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. |
| One South Street, 27th Floor | One South Street, 27th Floor |
| Baltimore, Maryland 21202-3282 | Baltimore, Maryland 21202-3282 |
| Telephone: (410) 332-8586 | Telephone: (410) 332-8516 |
| Facsimile: (410) 332-8588 | Facsimile: (410) 332-0849 |
| dcb@nqgrg.com | nda@nqgrg.com |

BRIAN M. BOYLE
Federal Bar No.: 28242
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3282
Telephone: (410) 332-8541
Facsimile: (410) 332-8543
bmb@nqgrg.com

4817-3119-9223, v. 1

Please take further notice that pursuant to 11 U.S.C. Section 1109(b), the foregoing demand includes all notices and documents referred to in the above-mentioned bankruptcy rules, together with all orders and notices of applications, motions pleadings, requests, complaints whether formal and informal, written or oral, or transmitted or conveyed by mail, telephone, telegraph, telecopier or otherwise which in any way affect the debtor of its property.

                            NEUBERGER, QUINN, GIELEN, RUBIN
                                & GIBBER, P.A.

BY:    /s/  Diane C. Bristow
        DIANE C. BRISTOW
        Federal Bar No: 476925
        Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
        One South Street, 27th Floor
        Baltimore, Maryland 21202-3282
        Telephone: (410) 332-8586
        Facsimile: (410) 332-8588
        dcb@nqgrg.com

        Counsel for HOLCIM (US) INC. d/b/a
        LAFARGEHOLCIM US

4817-3119-9223, v. 1