| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BC Concrete of Cumberland, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 21-15377-MCR |

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*     A/B,D,E/F,G,H
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 28, 2021**      X **/s/ Rick Weimer**
                                            Signature of individual signing on behalf of debtor

                                            **Rick Weimer**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BC Concrete of Cumberland, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 21-15377-MCR |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|
   | 2. **Cash on hand** | $17,062.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | BB&T (balance as of 8/31/2021 statement) | Checking | 7509 | $14,380.61 |
   | 3.2. | First People's Community Federal Credit Union | Checking | 3200 | $150,963.88 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                     $182,406.49
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:  Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                            page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Debtor  **BC Concrete of Cumberland, Inc.**  Case number *(If known)* **21-15377-MCR**
        Name

| | | |
|---|---|---|
| 8.1. | **Prepid Payroll Taxes** | $353.30 |

9. **Total of Part 2.**                                                                                              $353.30
   Add lines 7 through 8. Copy the total to line 81.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   295,745.49        -        0.00      = ....     $295,745.49
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                              $295,745.49
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4:    Investments

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

### Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

Debtor    **BC Concrete of Cumberland, Inc.**                                  Case number *(If known)*    **21-15377-MCR**
       Name

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2005 Mack S/N 004045 (cost $32,000.00)** | $0.00 | Tax records | $10,133.33 |
| 47.2. | **2008 Volvo S/N 489884 (cost $50,000.00)** | $0.00 | Tax records | $15,833.33 |
| 47.3. | **2008 Volvo S/N 489885 (cost $50,000.00)** | $0.00 | Tax records | $15,833.33 |
| 47.4. | **2009 Volvo S/N 271729 (cost $58,000.00)** | $0.00 | Tax records | $18,366.67 |
| 47.5. | **1988 Mack S/N 004067 (cost $10,000.00)** | $0.00 | Tax records | $3,166.67 |
| 47.6. | **1998 Mack S/N 022016 (cost $13,000.00)** | $0.00 | Tax records | $4,116.67 |
| 47.7. | **1999 Mack S/N 108074 (cost $3,000.00)** | $0.00 | Tax records | $950.00 |
| 47.8. | **1981 Freuhoff Trailer S/N 0030406 (cost $2,500.00)** | $0.00 | Tax records | $791.67 |
| 47.9. | **1999 Transcraft Eagle Trailer (cost $5,000.00)** | $0.00 | Tax records | $1,583.33 |
| 47.10. | **1989 Mack S/N 005854 (cost $3,500.00)** | $0.00 | Tax records | $1,108.33 |
| 47.11. | **1998 Mack S/N 022017 (cost $15,000.00)** | $0.00 | Tax records | $4,750.00 |
| 47.12. | **1990 Mack S/N 007697 (cost $8,000.00)** | $0.00 | Tax records | $2,533.33 |
| 47.13. | **2004 Mack S/N 013571 (cost $32,000.00)** | $0.00 | Tax records | $10,133.33 |
| 47.14. | **2003 Mack S/N 004597 (cost $25,500.00)** | $0.00 | Tax records | $8,075.00 |
| 47.15. | **2003 Mack S/N 004599 (cost $23,000.00)** | $0.00 | Tax records | $7,283.33 |
| 47.16. | **2003 Mack S/N 004604 (cost $22,500.00)** | $0.00 | Tax records | $7,125.00 |
| 47.17. | **New Concrete Mixer Truck (acquired 5/15/2019; cost $42,997.25)** | $0.00 | Tax records | $28,664.83 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| Debtor | BC Concrete of Cumberland, Inc. | Case number (If known) | 21-15377-MCR |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | Tenant Sweeper Model 92 (cost $3,500.00) | $0.00 | Tax records | $1,791.67 |
| | Toyota Forklift #5 S/N 61262 (cost $6,500.00) | $0.00 | Tax records | $3,327.39 |
| | Toyota Forklift #7 S/N 60344 (cost $7,000.00) | $0.00 | Tax records | $3,583.33 |
| | Linde Baker Forklift #4 S/N 0600246 (cost $10,500.00) | $0.00 | Tax records | $5,375.00 |
| | Toyota Forklift #6 S/N 21001 (cost $6,500.00) | $0.00 | Tax records | $3,327.39 |
| | Hough 560 Loader S/N 2825 (cost $2,500.00) | $0.00 | Tax records | $1,279.77 |

51. **Total of Part 8.**            $159,132.70

   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   - ■ No
   - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   - ■ No
   - ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

   - ■ No. Go to Part 10.
   - ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   - ☐ No. Go to Part 11.
   - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

Debtor  **BC Concrete of Cumberland, Inc.**                                       Case number (If known) **21-15377-MCR**
         Name

| 65. | **Goodwill** | | | |
|---|---|---|---|---|
| | Goodwill | $0.00 | Tax records | $10,000.00 |

| 66. | **Total of Part 10.** | **$10,000.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|   |   | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Covenant not to compete (Steiner & Steiner, LLC; agreement entered as part of purchase agreement)** | $10,000.00 |

| 78. | **Total of Part 11.** | **$10,000.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor **BC Concrete of Cumberland, Inc.**　　　　　　　　　　　Case number *(If known)* **21-15377-MCR**
　　　　　Name

## Part 12:　Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $182,406.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $353.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $295,745.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $159,132.70 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $657,637.98 | + 91b.　$0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $657,637.98 |

**Fill in this information to identify the case:**

Debtor name: **BC Concrete of Cumberland, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): **21-15377-MCR**

■ Check if this is an amended filing

# Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **CIT Bank, N.A.**<br>Creditor's Name<br>**Bankruptcy Notification**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2004 Mack & 2005 Mack**<br><br>Describe the lien<br>**SIF/Titles**<br>Is the creditor an insider or related party?<br>■ No  ☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,325.51 | $10,133.33 |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| **2.2** | **Mary Robin Detrick**<br>Creditor's Name<br>**Bankruptcy Notification**<br>**10 N. Chase St.**<br>**Cumberland, MD 21502**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**UCC - described business assets**<br><br>Describe the lien<br>**Recorded UCC 9/4/2019**<br>Is the creditor an insider or related party?<br>■ No  ☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,097,947.44 | Unknown |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 2

Debtor **BC Concrete of Cumberland, Inc.**
Name

Case number (if know) **21-15377-MCR**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **U.S. Small Business Administration** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | **$203,018.04** | **Unknown** |
| | **Bakruptcy Notification 14925 Kingsport Rd. Fort Worth, TX 76155** | **Business Assets** | | |
| | Creditor's mailing address | | | |
| | | **Describe the lien** | | |
| | | **UCC - Business Assets (recorded 7/1/2020)** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **EDL Loan** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **8004** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,314,290.99**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **First United Bank & Trust, Successor Trustee of George K. Steiner Revocable Trust 19 S. 2nd St. Oakland, MD 21550** | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name: **BC Concrete of Cumberland, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): **21-15377-MCR**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Andrew White**<br>**325 Williams St.**<br>**Cumberland, MD 21502**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Unpaid PTO.**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **Unknown** | **Unknown** |
| **2.2** | Priority creditor's name and mailing address<br>**Brescian Wade**<br>**1 Boone St.**<br>**Cumberland, MD 21502**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Unpaid PTO.**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **Unknown** | **Unknown** |

| Debtor | BC Concrete of Cumberland, Inc. | Case number (if known) | 21-15377-MCR |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Bryan Stewart**<br>**11313 Ore St. NE**<br>**Cumberland, MD 21502** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,061.36** | **$3,061.36** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**941 taxes** | | |
| | Last 4 digits of account number **9833**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**James Bone**<br>**19 Powells Lane**<br>**Frostburg, MD 21532** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Robert Smith**<br>**12222 Upper George's Creek**<br>**Frostburg, MD 21532** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid PTO.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **BC Concrete of Cumberland, Inc.**      Case number (if known) **21-15377-MCR**
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ronald Bierman**
**554 A St.**
**Cumberland, MD 21502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Theodore Baker**
**14807 Back St.**
**Frostburg, MD 21532**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,234.72** |
|---|---|---|---|

**Argos USA LLC**
**Bankruptcy Notification**
**P.O. Box 733134**
**Dallas, TX 75373-3134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **P/D Invoices**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,207.36** |
|---|---|---|---|

**BB&T**
**Bankruptcy Notification**
**223 West Nash St.**
**Wilson, NC 27893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,622.89** |
|---|---|---|---|

**Bedford Valley Petroleum**
**Bankruptcy Notification**
**10228 Lincoln Hwy.**
**Everett, PA 15537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **P/D Invoices**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor **BC Concrete of Cumberland, Inc.** Case number (if known) 21-15377-MCR
Name

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $917,413.87 |
| | **Braddock Construction** <br> **Bankruptcy Notification** <br> **16214 National Hwy.** <br> **Frostburg, MD 21532** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid invoices** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $55,708.95 |
| | **Carolina Stalite Company** <br> **Bankruptcy Notification** <br> **P.O. Box 1037** <br> **Salisbury, NC 28145** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid iInvoices** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $50,096.00 |
| | **Erie Insurance** <br> **100 Erie Insurance Place** <br> **Erie, PA 16530-0001** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Balance due.** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $375.00 |
| | **First Peoples Community Fed Credit Union** <br> **Bankruptcy Notification** <br> **15200 McMullen Hwy, SW** <br> **Cumberland, MD 21502** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Revolving credit acc't.** |
| | Last 4 digits of account number **0141** | Is the claim subject to offset? ■ No  ☐ Yes |
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $101,509.02 |
| | **First Peoples Community Fed Credit Union** <br> **Bankruptcy Notification** <br> **15200 McMullen Hwy, SW** <br> **Cumberland, MD 21502** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **SBA PPP-2 Loan** |
| | Last 4 digits of account number **0145** | Is the claim subject to offset? ■ No  ☐ Yes |
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $295,787.35 |
| | **LafargeHolclm** <br> **Bankruptcy Notification** <br> **26571 Network Pl.** <br> **Chicago, IL 60673-1265** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Judgment creditor.** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $5,309.39 |
| | **Legacy Truck Centers, Inc.** <br> **Bankruptcy Notification** <br> **P.O. Box 1258** <br> **Somerset, PA 15501** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Unpaid invoices.** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

Debtor **BC Concrete of Cumberland, Inc.**  Case number (if known) **21-15377-MCR**
Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $211.44 |
|---|---|---|---|
| | **Legacy Truck Centers, Inc.**<br>**Bankruptcy Notification**<br>**P.O. Box 1258**<br>**Somerset, PA 15501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/11/2021** | **Basis for the claim:** **Unpaid invoice.** | |
| | Last 4 digits of account number **7BEP** | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,894.50 |
|---|---|---|---|
| | **Lynn Buxenstein**<br>**Bankruptcy Notification**<br>**126 Washington St.**<br>**Frostburg, MD 21532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Balance due.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $908.92 |
|---|---|---|---|
| | **Maryland Minerals**<br>**Bankruptcy Notification**<br>**19746 Garrett Hwy.**<br>**Oakland, MD 21550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Unpaid invoice.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $43,774.28 |
|---|---|---|---|
| | **Pessin Katz Law, P.A.**<br>**Bankruptcy Notification**<br>**901 Dulaney Valley Rd. #500**<br>**Towson, MD 21204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57,532.70 |
|---|---|---|---|
| | **Potomac Valley Industrial**<br>**Bankruptcy Notification**<br>**61 National Hwy.**<br>**Cumberland, MD 21502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Unpaid invoices.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $469.63 |
|---|---|---|---|
| | **Potomac Valley Rentals**<br>**Bankruptcy Notification**<br>**16214 National Hwy.**<br>**Frostburg, MD 21532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Unpaid invoice.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,000.00 |
|---|---|---|---|
| | **Stuck Enterprises**<br>**Bankruptcy Notification**<br>**1115 East High St.**<br>**Waynesburg, PA 15370** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Balance due.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

Debtor   **BC Concrete of Cumberland, Inc.**                           Case number (if known)   **21-15377-MCR**
         Name

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,829.17** |
|---|---|---|---|
| | **Thomas & Libowitz**<br>**Bankruptcy Notification**<br>**25 S. Charles St. #2015**<br>**Baltimore, MD 21201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,000,000.00** |
|---|---|---|---|
| | **Vito Duagone Jr. & Lawrence A. Wolfe Jr.**<br>**Des. Trustees SW PA & Western MD Emp.**<br>**c/o Tony Thompson, Esq.**<br>**535 Smithfield St. #1300**<br>**Pittsburgh, PA 15222** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Alleged successor liability for withdrawal from pension fund** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Diane Bristow, Esq.**<br>**Neuberger, Quinn, et al.**<br>**One South St., 27th Fl.**<br>**Baltimore, MD 21202** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Holim (US) Inc. dba LAFARGEHOLCIM US**<br>**8700 W. Bryn Mawr Ave. #e300**<br>**Chicago, IL 60631** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **3,061.36** |
| **5b. Total claims from Part 2** | 5b. + | $ | **5,730,885.19** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **5,733,946.55** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BC Concrete of Cumberland, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 21-15377-MCR |

■ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for 61 National Highway, Cumberland, MD 21502** | |
| | State the term remaining | **Expires 8/30/2022** | **BTA Concrete, LLC<br>19300 Krusen Lane<br>Frostburg, MD 21532** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **BC Concrete of Cumberland, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): 21-15377-MCR

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D |
| | | City | State | Zip Code | | ☐ E/F |
| | | | | | | ☐ G |
| 2.2 | | Street | | | | ☐ D |
| | | City | State | Zip Code | | ☐ E/F |
| | | | | | | ☐ G |
| 2.3 | | Street | | | | ☐ D |
| | | City | State | Zip Code | | ☐ E/F |
| | | | | | | ☐ G |
| 2.4 | | Street | | | | ☐ D |
| | | City | State | Zip Code | | ☐ E/F |
| | | | | | | ☐ G |