United States Bankruptcy Court
District of Maryland

In re:                                                           Case No. 21-15377-MCR
BC Concrete of Cumberland, Inc.                             Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                           User: admin                                                     Page 1 of 2
Date Rcvd: Oct 15, 2021                    Form ID: pdfparty                                  Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BC Concrete of Cumberland, Inc., 61 National Highway, Cumberland, MD 21502-7029 |
| aty | + | Edward M. Miller, Miller & Miller, LLP, 39 N. Court St.,, Westminster, MD 21157-5135 |
| | + | Alan D. Eisler, Esq., 3206 Tower Oaks Blvd #4,, Rockville, MD 20852-4254 |
| cr | + | BTA Concrete, LLC and Braddock Construction, LLC d, 61 National Highway, LaVale, MD 21502-7029 |
| | | Diane C. Bristow, Neuberger, Quinn, Gielen, Rubin & Gibber, One South Street, 27th Floor, Baltimore, MD 21202-3282 |
| | | Frank J. Mastro, Esq., P.O. Box 2067, Hagerstown, MD 21742-2067 |
| auc | + | James G. Cochran, James G. Cochran & Associates, Ltd., 7704 Mapleville Road, P.O. Box 222, Boonsboro, MD 21713-0222 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Oct 15 2021 19:06:00 | Office of the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Edward M. Miller Miller & Miller, LLP, 39 N. Court St.,, Westminster, MD 21157-5135 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2021                                     Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian M Boyle | bmb@nqgrg.com  phyllis@nqgrg.com |
| Diane C. Bristow | dcb@nqgrg.com  Phyllis@nqgrg.com |
| Edward M. Miller | mmllplawyers@verizon.net |
| Haven N. Shoemaker | shoemakerlaw94@msn.com |
| Nathan D. Adler | nda@nqgrg.com  terry@nqgrg.com |
| Roger Schlossberg | trustee@schlosslaw.com  MD20@ecfcbis.com |
| Terri Ann Lowery | terri@trozzo.com  lisa@trozzo.com,terriann@trozzo.com |
| Wayne Calvin Heavener | heavener@aldersonheavener.com |

TOTAL: 8



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| BC CONCRETE OF CUMBERLAND, INC. | | Bankruptcy No. 21-15377-MCR |
| Debtor | * | (Chapter 7) |
| | * * * | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY AUCTIONEER**

The above-captioned case came on before this Court upon the Trustee's *Application to Employ Auctioneer* (the "*Application*") seeking authority to employ James G. Cochran and J.G. Cochran Auctioneers & Associates, Ltd. (collectively, "Cochran") as auctioneers for the Trustee and the Estate for those purposes and upon those express terms and conditions therein contained. Upon careful consideration of said *Application*, together with any opposition or other pleadings filed in response thereto, as well as the arguments of counsel and any evidence introduced at any hearing conducted thereon, it is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Trustee's *Application* be, and the same hereby is, APPROVED; and it is further

ORDERED, that Roger Schlossberg, Trustee be, and he hereby is, AUTHORIZED to employ Cochran as auctioneers for the Trustee and the Estate for those purposes and upon those express terms and conditions set forth in the *Application*; and it is further

ORDERED, that the said Roger Schlossberg, Trustee be, and he hereby is, AUTHORIZED to compensate the said Cochran for services performed herein from the proceeds of those sales contemplated to be conducted as described in said *Application* in those amounts provided in the *Application*, all without further application to or order of this Court.

**END OF ORDER**

cc: Roger Schlossberg, Esquire
Frank J. Mastro, Esquire
Alan D. Eisler, Esquire
Edward M. Miller, Esquire
Office of the U.S. Trustee