IN THE UNITED STATES BANKRUPTYCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| BC CONCRETE OF CUMBERLAND, INC. | | Bankruptcy No. 21-15377-MCR |
| Debtor | * | (Chapter 7) |
| | *   *   * | |
| ROGER SCHLOSSBERG, | | |
| INTERIM TRUSTEE | * | |
| 18421 Henson Blvd., Suite 201 | | |
| Hagerstown, MD 21742 | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| MARY ROBIN DETRICK | | |
| 109 North Chase Street | * | |
| Cumberland, MD 21502 | | |
| | * | |
| and | | |
| | * | |
| CHADWICK J. STEINER | | |
| c/o Gorman E. Getty III | * | |
| Gorman E. Getty III, PA | | |
| Post Office Box 1485 | * | |
| 23 Washington Street | | |
| Cumberland, MD 21502-1485 | * | |
| | | |
| SERVE ON: | * | |
| Gorman E. Getty III | | |
| Gorman E. Getty III, PA | * | |
| Post Office Box 1485 | | |
| 23 Washington Street | * | |
| Cumberland, MD 21502-1485 | | |
| | * | |
| and | | |
| | * | |
| MARSHA STEINER | | |
| Personal Representative of the | * | |
| Estate of John G. Steiner | | |
| 714 Nemacolin Avenue | * | |
| Cumberland, Maryland 21502 | | |

| | |
|---|---|
| SERVE ON:<br>Gorman E. Getty III<br>Gorman E. Getty III, PA<br>Post Office Box 1485<br>23 Washington Street<br>Cumberland, MD 21502-1485 | *<br><br>*<br><br>*<br><br>* |
| and | |
| | * |
| U.S. SMALL BUSINESS ADMINISTRATION<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | * |
| | * |
| SERVE ON:<br>Office of General Counsel<br>409 3rd Street, SW<br>Washington, DC 20416 | *<br><br>*<br><br>* |
| SERVE ON:<br>Merrick Garland, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | *<br><br>*<br><br>* |
| SERVE ON:<br>Jonathan Lenzner,<br>   Acting United States Attorney<br>36 S. Charles Street, 4th Floor<br>Baltimore, MD 21201 | *<br><br>*<br><br>* |
| Respondents | |

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR BTA CONCRETE, LLC, AN INTERESTED PARTY

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, BTA Concrete, LLC substitutes Jason C. Buckel (Bar No. 24766), T. Lee Beeman Jr. (Bar No. 19613), and the law firm of Buckel, Levasseur, Pillai & Beeman, LLC as counsel of record in place of Terri Ann Lowery (Bar No. 10055) and the law firm of Trozzo, Lowery & Weston.

Contact information for new counsel is as follows:

>Jason C. Buckel (Bar No. 24766)
>T. Lee Beeman Jr. (Bar No. 19613)
>Buckel, Levasseur, Pillai & Beeman, LLC
>206 Washington Street
>Cumberland, Maryland 21502
>Tel. (301) 759-3700
>Fax. (301) 722-0334
>Email: blplaw@atlanticbbn.net
>Email: Lbeeman@blpblaw.com

I, Dave Weimer, managing member of BTA Concrete, LLC, consent to the above substitution.

_10/14/21_
Date

_/s/ Dave Weimer_
Dave Weimer
Managing Member
*BTA Concrete, LLC*

I, Terri Ann Lowery, consent to being substituted.

_____
Date

_____
Terri Ann Lowery

We, Jason C. Buckel and T. Lee Beeman, Jr., consent to the above substitution.

_10/14/21_
Date

_/s/ Jason C. Buckel_
Jason C. Buckel

_10/14/21_
Date

_/s/ T. Lee Beeman_
T. Lee Beeman, Jr.

The substitution of attorney is hereby approved and so ORDERED.

_____
Date

_____
Judge

Contact information for new counsel is as follows:

> Jason C. Buckel (Bar No. 24766)
> T. Lee Beeman Jr. (Bar No. 19613)
> Buckel, Levasseur, Pillai & Beeman, LLC
> 206 Washington Street
> Cumberland, Maryland 21502
> Tel. (301) 759-3700
> Fax. (301) 722-0334
> Email: blplaw@atlanticbbn.net
> Email: Lbeeman@blpblaw.com

I, Dave Weimer, managing member of BTA Concrete, LLC, consent to the above substitution.

_____                    _____
Date                                       Dave Weimer
                                           Managing Member
                                           *BTA Concrete, LLC*

I, Terri Ann Lowery, consent to being substituted.

__10/15/21_____                    _____
Date                                       Terri Ann Lowery

We, Jason C. Buckel and T. Lee Beeman, Jr., consent to the above substitution.

_____                    _____
Date                                       Jason C. Buckel

_____                    _____
Date                                       T. Lee Beeman, Jr.

The substitution of attorney is hereby approved and so ORDERED.

_____                    _____
Date                                       Judge