IN THE UNITED STATES BANKRUPTYCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| BC CONCRETE OF CUMBERLAND, INC. | | Bankruptcy No. 21-15377-MCR |
| Debtor | * | (Chapter 7) |
| | * * | * |
| ROGER SCHLOSSBERG, | | |
| INTERIM TRUSTEE | * | |
| 18421 Henson Blvd., Suite 201 | | |
| Hagerstown, MD 21742 | * | |
| Movant | | |
| | * | |
| v. | | |
| | * | |
| MARY ROBIN DETRICK | | |
| 109 North Chase Street | * | |
| Cumberland, MD 21502 | | |
| | * | |
| and | | |
| | * | |
| CHADWICK J. STEINER | | |
| c/o Gorman E. Getty III | * | |
| Gorman E. Getty III, PA | | |
| Post Office Box 1485 | * | |
| 23 Washington Street | | |
| Cumberland, MD 21502-1485 | * | |
| | | |
| SERVE ON: | * | |
| Gorman E. Getty III | | |
| Gorman E. Getty III, PA | * | |
| Post Office Box 1485 | | |
| 23 Washington Street | * | |
| Cumberland, MD 21502-1485 | | |
| | * | |
| and | | |
| | * | |
| MARSHA STEINER | | |
| Personal Representative of the | * | |
| Estate of John G. Steiner | | |
| 714 Nemacolin Avenue | * | |
| Cumberland, Maryland 21502 | | |

| | |
|---|---|
| SERVE ON:<br>Gorman E. Getty III<br>Gorman E. Getty III, PA<br>Post Office Box 1485<br>23 Washington Street<br>Cumberland, MD 21502-1485 | *<br><br>*<br><br>*<br><br>* |
| and | |
| | * |
| U.S. SMALL BUSINESS ADMINISTRATION<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | *<br><br>* |
| SERVE ON:<br>Office of General Counsel<br>409 3rd Street, SW<br>Washington, DC 20416 | *<br><br>*<br><br>* |
| SERVE ON:<br>Merrick Garland, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | *<br><br>*<br><br>* |
| SERVE ON:<br>Jonathan Lenzner,<br>   Acting United States Attorney<br>36 S. Charles Street, 4th Floor<br>Baltimore, MD 21201 | *<br><br>*<br><br>* |

Respondents

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR BRADDOCK CONSTRUCTION, LLC, d/b/a: POTOMAC VALLEY INDUSTRIAL SUPPLY , AN INTERESTED PARTY

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, Braddock Construction, LLC d/b/a: Potomac Valley Industrial Supply substitutes Jason C. Buckel (Bar No. 24766), T. Lee Beeman Jr. (Bar No. 19613), and the law firm of Buckel, Levasseur, Pillai & Beeman, LLC as counsel of record in place of Terri Ann Lowery (Bar No. 10055) and the law firm of Trozzo, Lowery & Weston.

Contact information for new counsel is as follows:

>Jason C. Buckel (Bar No. 24766)
>T. Lee Beeman Jr. (Bar No. 19613)
>Buckel, Levasseur, Pillai & Beeman, LLC
>206 Washington Street
>Cumberland, Maryland 21502
>Tel. (301) 759-3700
>Fax. (301) 722-0334
>Email: blplaw@atlanticbbn.net
>Email: Lbeeman@blpblaw.com

I, Kristen Weimer, managing member of BTA Concrete, LLC, consent to the above substitution.

10/14/21
Date

Kristen Weimer
Managing Member
*Braddock Construction, LLC*
*d/b/a: Potomac Valley Industrial Supply*

I, Terri Ann Lowery, consent to being substituted.

_____
Date

_____
Terri Ann Lowery

We, Jason C. Buckel and T. Lee Beeman, Jr., consent to the above substitution.

10/14/21
Date

Jason C. Buckel

10/14/21
Date

T. Lee Beeman, Jr.

The substitution of attorney is hereby approved and so ORDERED.

_____
Date

_____
Judge

Contact information for new counsel is as follows:

> Jason C. Buckel (Bar No. 24766)
> T. Lee Beeman Jr. (Bar No. 19613)
> Buckel, Levasseur, Pillai & Beeman, LLC
> 206 Washington Street
> Cumberland, Maryland 21502
> Tel. (301) 759-3700
> Fax. (301) 722-0334
> Email: blplaw@atlanticbbn.net
> Email: Lbeeman@blpblaw.com

I, Kristen Weimer, managing member of BTA Concrete, LLC, consent to the above substitution.

_____            _____
Date                                                            Kristen Weimer
                                                                        Managing Member
                                                                        *Braddock Construction, LLC*
                                                                        *d/b/a: Potomac Valley Industrial Supply*

I, Terri Ann Lowery, consent to being substituted.

10/15/21
_____            _____
Date                                                            Terri Ann Lowery

We, Jason C. Buckel and T. Lee Beeman, Jr., consent to the above substitution.

_____            _____
Date                                                            Jason C. Buckel

_____            _____
Date                                                            T. Lee Beeman, Jr.

The substitution of attorney is hereby approved and so ORDERED.

_____            _____
Date                                                            Judge