IN THE UNITED STATES BANKRUPTYCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| BC CONCRETE OF CUMBERLAND, INC. | | Bankruptcy No. 21-15377-MCR |
|     Debtor | * | (Chapter 7) |

\* \* \*

ROGER SCHLOSSBERG,
INTERIM TRUSTEE                         *
18421 Henson Blvd., Suite 201
Hagerstown, MD 21742                    *
    Movant
                                *

    v.
                                *

MARY ROBIN DETRICK
109 North Chase Street                  *
Cumberland, MD 21502
                                *

    and
                                *

CHADWICK J. STEINER
c/o Gorman E. Getty III                 *
Gorman E. Getty III, PA
Post Office Box 1485                    *
23 Washington Street
Cumberland, MD 21502-1485               *

    SERVE ON:                           *
    Gorman E. Getty III
    Gorman E. Getty III, PA             *
    Post Office Box 1485
    23 Washington Street                *
    Cumberland, MD 21502-1485
                                  *

1

|  |  |
|---|---|
| and | |
| | * |
| MARSHA STEINER | |
| Personal Representative of the | * |
| Estate of John G. Steiner | |
| 714 Nemacolin Avenue | * |
| Cumberland, Maryland 21502 | |
| | |
| SERVE ON: | * |
| Gorman E. Getty III | |
| Gorman E. Getty III, PA | * |
| Post Office Box 1485 | |
| 23 Washington Street | * |
| Cumberland, MD 21502-1485 | |
| | * |
| and | |
| | * |
| U.S. SMALL BUSINESS ADMINISTRATION | |
| 2 North Street, Suite 320 | * |
| Birmingham, AL 35203 | |
| | * |
| SERVE ON: | |
| Office of General Counsel | * |
| 409 3rd Street, SW | |
| Washington, DC 20416 | * |
| | |
| SERVE ON: | * |
| Merrick Garland, Attorney General | |
| U.S. Department of Justice | * |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | * |
| | |
| SERVE ON: | * |
| Jonathan Lenzner, | |
|   Acting United States Attorney | * |
| 36 S. Charles Street, 4th Floor | |
| Baltimore, MD 21201 | * |

       Respondents

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
FOR BTA CONCRETE, LLC, AN INTERESTED PARTY**

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, BTA Concrete, LLC substitutes T. Lee Beeman Jr. (Bar No. 19613) and the law firm of Buckel, Levasseur, Pillai & Beeman, LLC as co-counsel of record in place of Terri Ann Lowery (Bar No. 10055) and the law firm of Trozzo, Lowery & Weston.

Contact information for new counsel is as follows:

>T. Lee Beeman Jr. (Bar No. 19613)
>Buckel, Levasseur, Pillai & Beeman, LLC
>206 Washington Street
>Cumberland, Maryland 21502
>Tel. (301) 759-3700
>Fax. (301) 722-0334
>Email: Lbeeman@blpblaw.com

I, Dave Weimer, managing member of BTA Concrete, LLC, consent to the above substitution.

Dated: October 14, 2021                                  /s/ Dave Weimer
                                                         Dave Weimer
                                                         Managing Member
                                                         *BTA Concrete, LLC*

I, Terri Ann Lowery, consent to being substituted.

Dated: October 15, 2021                                  /s/ Terri Ann Lowery
                                                         Terri Ann Lowery (Bar No. 10055)

I, T. Lee Beeman, Jr., consent to the above substitution.

Dated: October 14, 2021                                  /s/ T. Lee Beeman, Jr.
                                                         T. Lee Beeman Jr. (Bar No. 19613)

**CERTIFICATION OF CONSENT**

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

Dated: October 18, 2021         /s/ T. Lee Beeman, Jr.
                                T. Lee Beeman Jr. (Bar No. 19613)

**The substitution of attorney is hereby approved and so ORDERED.**

**END OF ORDER**