IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| BC CONCRETE OF CUMBERLAND, INC. | | Bankruptcy No. 21-15377-MCR |
| Debtor | * | |

\*   \*   \*

ROGER SCHLOSSBERG,

INTERM TRUSTEE                                     *

18421 Henson Blvd. Suite 201

Hagerstown, MD 21742                             *

   Movant

v.                                                             *

MARY ROBIN DETRICK,

   Respondents

\*   \*   \*   \*   \*

**CONSENT ANSWER OF MARY ROBIN DETRICK, CHADWICK J. STEINER,
AND MARSHA STEINER, PERSONAL REPRESENTATIVE OF THE
ESTATE OF JOHN G. STEINER, DECEASED TO
*TRUSTEE'S MOTION TO SELL PROPERTY OF ESTATE
FREE AND CLEAR OF ANY LIENS AND OTHER INTERESTS***

TO THE HONORABLE MARIA ELLENA CHAVEZ-RUARK, BANKRUPTCY JUDGE:

NOW COMES the Respondents Mary Robin Detrick, Chadwick J. Steiner, and Marsha Steiner, Personal Representative of the Estate of John G. Steiner, Deceased (the "Respondents"), and in answer to the *Trustee's Motion to Sell Property of Estate Free and Clear of Any Liens and Other Interests* )the "Motion"), hereby respectfully represents as follows:

1. The Respondents CONSENT to that relief requested in the Motion.

WHEREFORE, the Respondents pray that this Honorable Court:

1. GRANT the *Motion*.

2. ORDER such relief as the nature of this cause may require.

Respectfully submitted,

_____
G. GARY HANNA
71 Prospect Square
Cumberland, Maryland 21502
(301)759-2777
ghanna.lf@gmail.com
AIN #7806010071

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _20_ day of _October,_ 2021, that a copy of the foregoing was served electronically to those named recipients on the attached Electronic Mail Notice List who are authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to those recipients listed on the Mail Notice List.

_____
G. GARY HANNA
71 Prospect Square
Cumberland, Maryland 21502
(301)759-2777
ghanna.lf@gmail.com
AIN #7806010071

Electronic notice

- **Nathan D. Adler**   nda@nqgrg.com, terry@nqgrg.com
- **Terry Lee Beeman**   lbeeman@blpblaw.com
- **Brian M Boyle**   bmb@nqgrg.com, phyllis@nqgrg.com
- **Diane C. Bristow**   dcb@nqgrg.com, Phyllis@nqgrg.com
- **Jason C Buckel**   blplaw@atlanticbbn.net
- **Wayne Calvin Heavener**   heavener@aldersonheavener.com
- **Terri Ann Lowery**   terri@trozzo.com, lisa@trozzo.com;terriann@trozzo.com
- **Edward M. Miller**   mmllplawyers@verizon.net
- **Roger Schlossberg**   trustee@schlosslaw.com, MD20@ecfcbis.com
- **Haven N. Shoemaker**   shoemakerlaw94@msn.com

Manual Notice

**CIT Bank, N.A.**
155 Commerce Way
Portsmouth, NH 03801

**James G. Cochran**
James G. Cochran & Associates, Ltd.
7704 Mapleville Road
P.O. Box 222
Boonsboro, MD 21713

**Edward M. Miller**
Miller & Miller, LLP
39 N. Court St.,
Westminster, MD 21157