IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                                            *
BC CONCRETE OF CUMBERLAND, INC.       Bankruptcy No. 21-15377MCR
     Debtor                                     *       (Chapter 7)

                                                                    *     *     *

**SUPPLEMENTAL NOTICE OF TRUSTEE'S PROPOSED
PUBLIC AUCTION SALE OF PROPERTY OF ESTATE**

TO ALL CREDITORS AND PARTIES IN INTEREST:

       TAKE NOTE that the undersigned Trustee proposes to sell the property hereinafter described at the price and upon those terms and conditions hereinafter provided:

**TYPE OF SALE:**     Public auction.

**PROPERTY TO BE SOLD:**     Vehicles and related items included on the attached list

**PLACE AND TIME OF SALE:**     BC Concrete of Cumberland, Inc. (on-site)
                                       61 National Highway
                                       Cumberland, MD    21502

                                       Thursday, October 28, 2021, Sale begins at 10:00 a.m.

**PURCHASER:** Highest Bidder.

**PRICE:**   Highest bid.

**SCHEDULED/APPRAISED VALUE:**     $86,133.33 per Debtor's filed Schedules.

**TERMS AND/OR CONDITIONS OF SALE, SPECIAL PROVISIONS:**     Cash or certified check payable on the day of sale.

**SALES AGENT/AUCTIONEER/BROKER/ETC.:**     James G. Cochran and J.G. Cochran Auctioneers and Associates, Ltd.

**COMPENSATION TO SALES AGENT/AUCTIONEER/BROKER/ETC.:**     Commission to be paid in an amount equal to fifteen percent (15%) of the gross sales price.

**LIENS/MORTGAGE/SECURITY INTERESTS ENCUMBERING PROPERTY:**     None

**ESTIMATED TRUSTEE'S COMMISSION ON SALE:**     Trustee contemplates a subsequent request for statutory commissions pursuant to 11 U.S.C. § 326.

Parties in interest objecting to the above-proposed action by the undersigned Interim Trustee are to file such Objections in writing with the United States Bankruptcy Court, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland, 20770. **The due date for Objections is October 27, 2021, at 2:00 p.m.**; with a copy of any such Objections to be provided to the undersigned by the same date by mail *and* by facsimile or email transmission. Objections must state with specificity the factual and legal grounds upon which such Objection is based. Hearings may be held before the United States Bankruptcy Court upon any such Objections as are filed, or the Court may determine the matter without a hearing. Further, the Court may conduct a hearing in its discretion regardless of whether any Objections are filed. Any party in interest filing an Objection may be required to be present at such hearing as may be held. If no Objection is filed within the period above-provided, the Interim Trustee will proceed to take the action above-proposed without further notice to parties in interest. Parties in interest desiring further information should consult the Court file, or may communicate with the undersigned.

A hearing has been scheduled before the Bankruptcy Court on **October 27, 2021,** at **3:00 p.m.** in Courtroom 3-C by videoconference or teleconference (for hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688). At that hearing, the Court will proceed to consider any Objections filed as above-contemplated. In the event no timely Objections are filed, the hearing will not be held and the undersigned Trustee may proceed to conduct the sale above-contemplated.

Dated:   October 25, 2021

   /s/ Roger Schlossberg
Roger Schlossberg, Trustee
P.O. Box 2067
Hagerstown, MD 21742-2067
(301) 739-8610 (voice)
(301) 791-6302 (facsimile)
trustee@schlosslaw.com

Bankruptcy On-Site Auction - Cumberland Concrete  10/28/2021

| LOT # | DESCRIPTION |
|---|---|
| 100 | **1999 Mack CH613 T/A Road Tractor,** Vin # 1M2A418Y2XW108074, E7-427, Mack Maxitorque T2090 9 Sp. Trans., 430,340.6 - Odometer Showing(#64) Title |
| 101 | **2003 Mack Granite CV713 Tri Axle Mixer Truck w/** McNeilus 10 1/2 Cu. Yd Mixer, Vin # 1M2AG12C93M004604, Allison Auto. Trans. (#604) Title |
| 102 | **2003 Mack Granite CV713 Tri Axle Mixer Truck w/** McNeilus 10 1/2 Cu. Yd Mixer, Vin # 1M2AG12C53M004597, Allison Auto. Trans., 196,167.9 - Odometer Showing (#597) Title |
| 103 | **2004 Mack Granite CV713 Tri Axle Mixer Truck w/** McNeilus 10 1/2 Cu. Yd Mixer, Vin # 1M2AG12C4M013571, Allison Auto. Trans., 162,807.0 - Odometer Showing  (#571) |
| 105 | **2009 Volvo D13 Tri Axle w/Mixer Body,** Vin # 4V5KC9EG99N271729, Eaton Fuller 8 Sp. Trans. (#26) Title |
| 106 | **2008 Volvo VE D12-395 Tri Axle Mixer Truck w/** McNeilus 9 1/2 Cu. Yd Mixer, Vin # 4V5KC9GGX8N489884, Eaton Fuller Trans. (#24) Title |
| 107 | **2005 Mack RB690S Tri Axle Mixer Truck w/McNeilus** Mixer, Vin # 1M2AM20C45M004045, Maxitorque TM308 8 Sp. Trans., 289,86 Odometer Showing  (#23) Title |
| 108 | **1989 Mack DM690S T/A w/Rex 770 9 Cu. Yd.** Mixer, Vin # 1M2B197C6KM005852, Maxitorque T2070 7 Sp. Trans. Extended Range, 117,866 - Odometer Reading - Parts (#38) |
| 109 | **1998 Mack DM690S Econdyne Tri-Axle,** Vin # 1M2B209C6WM022016, Maxitorque T2070 7 Sp. Trans, 284,019.6 - Odometer Showing  - Parts Truck (#93) Title |
| 110 | **1989 Mack DM690S T/A  Mixer Truck w/** Rex 770 9 Cu. Yd. Mixer, Vin # 1M2B197CXKM005854, Maxitorque T2070 7 Sp., Odometer Unknown (#40) Title |

| LOT # | DESCRIPTION |
|---|---|
| 111 | **1990 Mack DM690S Tri Axle w/ McNeilus 10 1/2** Yd Mixer,  Vin # 1M2B197C4LM007696, Concrete in Drum  (#C-26) Title |
| 112 | **1988 Mack DM690S Tri Axle Mixer Truck w/** Rex 770 9 Cu. Yd. Mixer,  Vin # 1M2B197C6JM004067, Maxitorque T2070 7 Sp. Extended Range, 033,833.4 - Odometer Showing (#35) - Cracked Hood -Title |
| 113 | **1989 Mack DM690S T/A w/Rex 770** 9 Cu. Yd. Mixer,  Vin # 1M2B197C8KM005853, No Seats - Parts (#21) |
| 115 | **1999 Transcraft Eagle Super Float** Trailer, Vin # 1TTFF45201X2003856, Aluminum, Super Beam Spread Axle , Title |
| 117 | **Fruehauf T/A  Aluminum Dry Cement Trailer (#60)** Title |
| 120 | **Mack Granite Tri Axle w/McNeilus 10 1.2 Cu. Yd.** Frame-  No Drum- Parts Only |
| 123 | **1998 Mack DM690S Tri Axle w/McNeilus,** Vin # 1M2B209C8W022017, Maxitorque T2070 7 Sp. Trans., 344,100.5 - Odometer Showing - Parts (#94) Title |
| 124 | **Mixer Drum** |
| 125 | **Mixer Drum** |
| 126 | **Mixer Drum** |
| 127 | **Mixer Drum** |